NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1492, 2008-1093

ANDERSEN MANUFACTURING, INC.,

Plaintiff-Appellant,

v.

DIVERSI-TECH CORPORATION,
ANGELA BUDGE, and PAUL BUDGE,

Defendants-Appellees.

Todd E. Zenger, Kirton & McConkie, of Salt Lake City, Utah, argued for plaintiff-appellant.

Alec J. McGinn, Kunzler & McKenzie, of Salt Lake City, Utah, argued for defendants-appellees. With him on the brief was Alan L. Edwards.

Appealed from: United States District Court for the District of Utah

Judge Dee V. Benson

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1492, 2008-1093

ANDERSEN MANUFACTURING, INC.,

Plaintiff-Appellant,

v.

DIVERSI-TECH CORPORATION,
ANGELA BUDGE, and PAUL BUDGE,

Defendants-Appellees.

# Judgment

ON APPEAL from the      United States District Court for the District of Utah

in CASE NO(S).      2:05-CV-923 and 2:07-CV-88

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

    Per Curiam (LOURIE, Circuit Judge, CLEVENGER, Senior Circuit Judge, and MOORE, Circuit Judge).

AFFIRMED.  See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED July 11, 2008      /s/ Jan Horbaly
                Jan Horbaly, Clerk